IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                           )<br>**Plaintiff,**   )<br>                                           )<br>vs.   )<br>                                           )<br>**THOMAS D. ASHBURN,**   )<br>                                           )<br>**Defendant.**   ) | **8:14CR37**<br><br>**ORDER** |

      This matter is before the court on defendant's unopposed motion to continue trial [47] as counsel needs additional time to prepare for trial. The court finds an approximate six week continuance is sufficient. The defendant shall comply with NECrimR 12.1(a).

      **IT IS ORDERED** that the motion to continue trial [47] is granted, as follows:

      1. The jury trial now set for August 26, 2014 is continued to **October 14, 2014.**

      2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

      3**.** In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 14, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED August 13, 2014.**

                                                        **BY THE COURT:**

                                                        s/ F.A. Gossett<br>                                                      **United States Magistrate Judge**