## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | 8:14cr37 |
| vs. )<br>) | ORDER |
| )<br>THOMAS D. ASHBURN, )<br>)<br>Defendants. ) | |

This matter is before the court on defendant's motion to continue trial [89]. Counsel has recently been appointed and needs additional time to review material and prepare for trial. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial [89] is granted, as follows:

1. The jury trial now set for August 11, 2015 is continued to **September 29, 2015.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 29, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 16, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**