IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR37 |
| vs. | ) | |
| | ) | ORDER |
| THOMAS ASHBURN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue Trial [92]. As the parties were in plea negotiations until recently, and the government having brought witnesses back once before, no witnesses were requested from the Bureau of Prisons. The government is requesting a continuance to have three witnesses returned to the district. Good cause being shown,

**IT IS ORDERED** that the government's motion to continue trial is granted, as follows:

1. The jury trial now set for September 29, 2015 is continued to **November 9, 2015.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

A party may object to the magistrate judge's order by filing an "Statement of Objections to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED** this 23rd day of September, 2015.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**